KEITH JUDD .
Keith Judd For President
Keith Judd For President.US
c/o  P.O. Box 3779
Beverly Hills, CA 90212

PLAINTIFF IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT

OCT 30 2012

CENTRAL DISTRICT OF CALIF
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| Keith Judd an individual,<br><br>PLAINTIFF<br><br>vs.<br><br><br>Barack Hussein Obama, an individual, Democratic National Committee, Debbie, Wasserman-Schultz, Earl Ray Tomblin, Democratic Party of West Virginia, Elizabeth Warren, Sherrod Brown, Tim Kaine, Debbie Stabanow, Tammy Baldwin, Bob Casey, Jr., Jon Tester, Joe Donnelly,<br><br>and DOES 1-10 inclusive,<br><br>Defendants | Case No: 2:12 CV 9319 DDP (PLA)<br><br>Complaint for Damages:<br><br>1. Violation of Civil Rights<br>2. Violation of State Civil Rights<br>3. Intentional Infliction of Emotional Distress<br>4. Violation of Federal and State Election Law<br><br>**DEMAND FOR JURY TRIAL** |

- 1 -

COMPLAINT FOR DAMAGES


Case 2:12-cv-09319-DDP-PLA   Document 1   Filed 10/30/12   Page 2 of 16   Page ID #:2


PAID
OCT 30 2012
Clerk, US District Court
COURT 4512



OCT 30 2012
Clerk US District Court
FILED

## JURISDICTION

1. Federal courts have original jurisdiction over all federal matters and civil claims arising out of a federal controversy (**42 U.S.C. §1983 and 28 U.S.C. §1331**) and have supplemental jurisdiction over all other matters as such other matters arise from the same underlying transaction and nucleus of facts (**28 U.S.C. §1367**).

## VENUE

2. Venue is proper in the Central District of California as Defendants reside in several different states and PLAINTIFF's attorney in fact and PLAINTIFF's organization for the Presidency who will be able to advocate this lawsuit is based in the Central District of California and therefore, in the interest of justice, the lawsuit is best suited in this venue. (**28 U.S.C. 1391**).

## PARTIES

3. PLAINTIFF Keith Judd (PLAINTIFF) is an individual, currently living in Texas, who is a citizen of the state of West Virginia and whose organization, Keith Judd for President, is based in Los Angeles, California.

4. Defendant Barack Hussein Obama (Obama) is an individual and named in his capacity as leader of the Democratic Party (DP), a citizen of Illinois, who at all times relevant resided in Washington D.C. where he holds the position of President of the United States, and is also the person in control of the Democratic National Committee's presidential Nominating Convention.

5. Debbie Wasserman-Schultz is an individual and named in her official capacity as Chairman of the Democratic National Committee (DNC) and as a key person in the presidential election campaign of Barack Hussein Obama, and who at all time relevant resided in Florida.

6. Democratic National Committee aka Democratic Party, an entity of unknown form, believed to be headquartered in Washington DC, and is directly, indirectly or by omission, responsible for the harm caused to PLAINTIFF as described herein

7. Earl Ray Toblin, an individual, is named in his official capacity as a member of the DNC and the present Governor of the State of West Virginia, and who is a key member of the Executive Committee of the Democratic Party of West Virginia, a delegate of the Democratic Party of West Virginia, and a person who acted in concert with others on the Executive Committee of the Democratic Party of West Virginia and the Democratic Party of West Virginia in their acts against PLAINTIFF, and who is also responsible for the unanimous nomination of Barack Hussein Obama as the DNC nominee for President, and who was responsible for the denial of the seating of the Keith Judd delegates for the Democratic Party of West Virginia, and who at all time relevant resided in West Virginia

8. Democratic Party of West Virginia, an entity of unknown form, with headquarters in the State of West Virginia, is directly, indirectly or by omission, responsible for the harm caused to PLAINTIFF as described herein

9. Executive Committee of Democratic Party of West Virginia, is an entity of unknown form, whose members collectively and individually in their official capacity oversee the day to day operations of the Democratic Party of West Virginia that is headquartered in the State of West Virginia and whose members, individually or collectively, directly, indirectly or by their omissions, are responsible for the harm caused as described herein.

10. Elizabeth Warren, an individual, is named in her official capacities as a member of the Barack Hussein Obama campaign committee, the DNC and in her official capacity as a member of the Executive Committee of the Democratic Party of Massachusetts, as a member of the DNC, a key member of the Executive Committee of the Democratic Party of Massachusetts, a delegate of the Democratic Party of Massachusetts, a person who acted in concert with others on the Executive Committee of the Democratic Party of Massachusetts and the Democratic Party of Massachusetts in their acts against PLAINTIFF, and is responsible for the unanimous nomination of Barack Hussein Obama as the DNC nominee for President and the denial of the

- 3 -

COMPLAINT FOR DAMAGES

seating of the Keith Judd delegates for the Democratic Party of West Virginia, and who at all time relevant resided in Massachusetts.

11. Sherrod Brown, an individual, is named in his official capacity as a member of the DNC and in his official capacity as a member of the executive committee of the Democratic Party of Ohio, who at all time relevant resided in Ohio.

12. Tim Kaine, an individual, is named in his official capacity as a member of the DNC and in his official capacity as a member of the executive committee of the Democratic Party of Virginia, who at all time relevant resided in Virginia.

13. Debbie Stabanow, an individual, is named in her official capacity as a member of the DNC and in her official capacity as a member of the executive committee of the Democratic Party of Michigan, who at all time relevant resided in Michigan.

14. Tammy Baldwin, an individual, is named in her official capacity as a member of the DNC and in her official capacity as a member of the executive committee of the Democratic Party of Wisconsin, who at all time relevant resided in Wisconsin.

15. Bob Casey Jr., an individual, is named in his official capacity as a member of the DNC and in his official capacity as a member of the executive committee of the Democratic Party of Pennsylvania, who at all time relevant resided in Pennsylvania.

16. Jon Tester, an individual, is named in his official capacity as a member of the DNC and in his official capacity as a member of the executive committee of the Democratic Party of Montana,, who at all time relevant resided in Montana.

17. Joe Donnelly, an individual, is named in his official capacity as a member of the DNC and in his official capacity as a member of the executive committee of the Democratic Party of Indiana, who at all time relevant resided in Indiana.

18. PLAINTIFF is ignorant of the true names and capacitates of Defendant sued herein as Does 1 through 2000 [10], inclusive, and therefore sues these Defendants by such fictitious names. PLAINTIFF will amend this Complaint to allege their true names and capacities when ascertained.

COMPLAINT FOR DAMAGES

19. PLAINTIFF is informed and believes and based thereon alleges that at all times relevant, Defendants including Does 1 through 2000, were the agents, servants, associates, partners, employers and/or employees of their co-Defendants, and each of them, therein, and in doing and admitting to do the acts and things herein alleged, were acting within the course, scope and authority of said agency, service, venture and/or employment and/or color of law and that all of said acts and/or omissions were authorized and/or ratified by said co-Defendants, and each of them, and/or were done with the knowledge and/or consent of said co-Defendants and is fully liable for the action of each co-Defendant.

## Statement of Facts

20. Prior to the West Virginia Democratic Primary for electing delegates to the Democratic National Party's convention to nominate a person for the presidency of the United States, PLAINTIFF contacted the West Virginia Secretary of State Natilie Tennant (SOS) in regards to putting his name on the ballot as the Democratic nominee for President of the United States.

21. PLAINTIFF expressed all his concerns and limitations with the SOS. The SOS expressed to me his requirements for getting his name on the ballot and found no problems with putting his name on the ballot if PLAINTIFF met those requirements. PLAINTIFF did meet those requirements and his name was listed on the ballot as a candidate for the Democratic nomination for President of the United States.

22. The primary election was held in West Virginia on May 8, 2012, and PLAINTIFF was informed that PLAINTIFF received 41% of the popular vote for the Democratic Party.

23. Under the rules of West Virginia governing the amount of delegates to be awarded to attend the Democratic National Convention, PLAINTIFF was to receive approximately 13 delegates (9 delegates are reserved by the party, 31 to be decided proportionately by the amount of votes received). PLAINTIFF was told that he should receive 17

COMPLAINT FOR DAMAGES

delegates, but based on the math and the reservation of 9 slots, he only expected 13 delegates to be seated on his behalf.

24.     Under the rules of the Democratic Party, a candidate who has at least 10 delegates awarded to them can either themselves, or via a delegate or a surrogate, address the Convention to advocate for their position and candidacy. As PLAINTIFF could not personally attend the Convention, PLAINTIFF informed the Democratic Party of West Virginia, the DNC and other officials of the DP that PLAINTIFF wanted to have someone on his behalf address the Convention.

25.     PLAINTIFF made his wishes known to the DP of West Virginia, DP, DNC and other officials that PLAINTIFF wanted his delegates to be seated (and had a list of delegates prepared) and for his delegation to vote for his nomination. PLAINTIFF also demanded that Defendants allow one of his delegates to address the Convention. Instead, Defendants wholly excluded PLAINTIFF and his proposed delegates (which represented him and 41% of the Democrats of West Virginia), in violation of state and federal election law, Defendants barred PLAINTIFF from having representation at the Convention or allowing one of his agents to address the Convention, even though PLAINTIFF fully complied with all the laws as required by both the State of West Virginia, the Federal government and the bylaws of the Democratic Party, of which PLAINTIFF has been a member of for several years. This act of disenfranchising PLAINTIFF and his delegates was willful, deliberate, discriminatory and malicious conduct by Defendants.

26.     Beyond the violation of federal and state rights, PLAINTIFF was emotionally distressed over this matter as PLAINTIFF passionately wanted his position and candidacy presented to the Convention given the crucial time we live in and the importance of this election.

### Claims for Relief

### First Claim

**Violation of Civil Rights**
**(As to all Defendants and Does)**

COMPLAINT FOR DAMAGES

27. PLAINTIFF hereby incorporates by reference the allegations of paragraphs 1-26.

28. On information and belief, PLAINTIFF alleges that his rights to assemble and free speech were denied, both to him and to his constituency. PLAINTIFF acknowledges that private organizations at a private event are ordinarily not subject to the full spectrum of requirements under the 1st amendment right to free speech and other fundamental rights as protected by the Constitution. However, PLAINTIFF alleges that as presently constituted, national parties function in a public/state sense and are governed by the election law and process established by the federal and state government and are not truly 'private' in their functioning in that role. Accordingly, PLAINTIFF alleges that they are obligated to perform and behave in a certain matter and in return they are granted certain rights, and having been given standing to act in such a way to have their candidates run for presidency within those laws, the Democratic Party should not be viewed purely as a private organization with all the protections granted to private ventures but must be viewed legally as contractors to the state or state actors which subjects them to the duty to protect the rights of those granted the right to speak under their organizational rules and that denial of such rights must be viewed as a violation of PLAINTIFF'S constitutional right to free speech and to participate fully and freely in an election, a fundamental right.

29. As the direct and proximate cause of these actions, PLAINTIFF has suffered and has suffered damages in an amount subject to proof at trial. PLAINTIFF has also incurred and will continue to incur attorney's fees, costs and expenses including those authorized by 42 U.S.C 1988.

## Second Claim

### Violation of State Rights
### (As to all Defendants and Does)

30. PLAINTIFF incorporates by reference the allegations of paragraphs 1-26 and 28 and 29.

COMPLAINT FOR DAMAGES

31. On information and belief PLAINTIFF alleges that Defendants acting individually and under color of law via threats, intimidation, coercion interfered with PLAINTIFF'S exercise and enjoyment of the rights secured to him by the U.S. and State of West Virginia's constitution.

32. These actions and omissions were the direct and proximate cause of PLAINTIFF'S harm and PLAINTIFF has sustained general and specific damages to an extent to be proven at trial.

### Third Claim

### Intentional Infliction of Emotional Distress
### (As to all Defendants and Does)

33. PLAINTIFF hereby incorporates by reference the allegations of paragraphs 1-26, and 28, 29, 31 and 32.

34. Defendants' intentional actions have caused PLAINTIFF to suffer and PLAINTIFF is currently suffering severe emotional distress.

35. PLAINTIFF, as such, is entitled to the remedy as requested herein.

### Fourth Cause of Action

### Violation of Election Law
### (As to all Defendants and Does)

36. PLAINTIFF hereby incorporates by reference, paragraphs 1-35 of the complaint as if fully set forth herein.

37. PLAINTIFF is informed and believes and on such basis alleges that he was denied his rights as expressed under both federal and state election laws to have delegates seated at the Convention and the right to have someone on his behalf address the convention.

38. As the direct and proximate cause of these actions, PLAINTIFF has suffered and has suffered in an amount subject to proof at trial. PLAINTIFF has also incurred and will continue to incur attorney fees, costs and expenses including those authorized by 42 U.S.C 1988.

- 8 -

COMPLAINT FOR DAMAGES

## Relief Requested

**WHEREFORE**, PLAINTIFF prays for judgment and relief against Defendants as follows;

39. That the Court issue an injunction prohibiting Defendants from failing to seat delegates as required by Defendants' own rules and regulations, or, in the absence of such rules and regulations, that the Court fashion a procedure to prevent recurrence of such abuse.

40. Award to PLAINTIFF damages in an amount according to proof for infliction of emotional distress.

41. Award to PLAINTIFF damages in an amount according to proof for depriving PLAINTIFF of his civil rights.

42. Award PLAINTIFF monetary damages based on the cost of purchasing a prime time television spot on all the networks and cable channels made available to the DNC Nominating Convention in Charlotte, NC on September 5th and 6th, 2012 simultaneously, for the amount of time a delegate under the rules of the DP would be allowed to speak at during a convention to nominate a candidate for the presidency of the United States.

43. Award PLAINTIFF punitive damages where allowed by law.

44. Award to PLAINTIFF statutory damages, attorney fees and cost of suit incurred herein where allowed by law.

45. For any pre or post judgment interest allowed by law.

46. For such other relief as the Court may deem proper or fit.

## Demand For Jury Trial

64. Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, PLAINTIFF requests a jury trial on all issues raised in this complaint.

October 30, 2012   Keith Judd
                              Keith Judd
                              PLAINTIFF in pro per
                              By: Michael Goland, his attorney-in-fact

COMPLAINT FOR DAMAGES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

## CV12- 9319 DDP (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Keith Judd
Keith Judd for President
c/o PO Box 3779
Beverly Hills, CA 90212

FOR OFFICE USE ONLY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Keith Judd, an individual | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:12CV9319 DDP (PLA) |
| Barack Hussein Obama, an individual, Democratic National Committee, Debbie, Wasserman-Schultz (continued on attachment) | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): (See attachment for list of Defendants)

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____, whose address is PO Box 3779, Beverly Hills, CA 90212 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __10/30/12__     By: _____
                              Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

Keith Judd v. Obama
Attachment to Summons

Barack Hussein Obama, an individual, Democratic National Committee, Debbie, Wasserman-Schultz, Earl Ray Tomblin, Democratic Party of West Virginia, Elizabeth Warren, Sherrod Brown, Tim Kaine, Debbie Stabanow, Tammy Baldwin, Bob Casey, Jr., Jon Tester, Joe Donnelly,

and DOES 1-~~2000~~ 10 inclusive,

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)
Keith Judd

**DEFENDANTS**
See Attachment

County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

(c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Keith Judd
Keith Judd for President
PO Box 3779
Beverly Hills, CA 90212

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No         ☒ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. Section 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 350 Motor Vehicle | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| | ☐ 160 Stockholders' Suits | | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | ☒ 440 Other Civil Rights | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:**  Case Number: _____

CV-71 (07/05)                    CIVIL COVER SHEET                    Page 1 of 2

2:12 CV 9319

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case? ☐ No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☑ Check here if the U.S. government, its agencies or employees is a named plaintiff.
   Los Angeles

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☑ Check here if the U.S. government, its agencies or employees is a named defendant.
   See Attachment

List the California County, or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
   Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Keith Judd by MA_   Date _October 30, 2012_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Keith Judd v. Obama

Attachment to Civil Cover Sheet

| Defendant's Name | State of Residence |
| --- | --- |
| Barack Hussein Obama, an individual, | Washington, D.C. |
| Democratic National Committee, | Washington, D.C. |
| Debbie, Wasserman-Schultz, | Florida |
| Earl Ray Tomblin, | West Virginia |
| Democratic Party of West Virginia, | West Virginia |
| Elizabeth Warren, | Massachusetts |
| Sherrod Brown, | Ohio |
| Tim Kaine, | Virginia |
| Debbie Stabanow, | Michigan |
| Tammy Baldwin, | Wisconsin |
| Bob Casey, Jr., | Pennsylvania |
| Jon Tester, | Montana |
| Joe Donnelly, | Indiana |
| DOES 1-10 inclusive, | Unknown |