FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH RUSSELL JUDD,<br><br>    Plaintiff,<br><br>    v.<br><br>BARACK HUSSEIN OBAMA, et al.,<br><br>    Defendants. | Case No. CV 12-9319 DDP (AN)<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED AND DECREED THAT the complaint is dismissed for the reasons set forth in the Court's accompanying Order.

DATED: May 2, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY